UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

SHERRON PAIGE, individually and ON BEHALF OF HER MINOR CHILD, K.D.; EVELYN GRAY; TANEEQUA CARRINGTON; and A.P., on their own behalf and on behalf of all others similarly situated,.

Plaintiffs,

-against-

NEW YORK CITY HOUSING AUTHORITY; CITY OF NEW YORK; SHOLA OLATOYE; BILL de BLASIO; MARY TRAVIS BASSETT, M.D.; MARIA TORRES SPRINGER; MICHAEL KELLY; ALICIA GLENN; BRIAN CLARKE; JAY KRANTZ; LUIS PONCE; HERMINA POLACIO; ATC ASSOCIATES, INC.; and ATC GROUP SERVICES, LLC,

Defendants.

------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

17-CV-07481-WHP

**PLEASE TAKE NOTICE** that Samantha Schonfeld, Assistant Corporation Counsel in the office of the Corporation Counsel of the City of New York, Zachary W. Carter, hereby appears on behalf of Defendants City of New York, Mayor Bill de Blasio, Deputy Mayors Alicia Glen and Hermina Palacio, and Commissioners Mary Travis Bassett and Maria Torres-Springer (collectively "City Defendants") in the above-captioned action. The undersigned counsel respectfully requests that notice of electronic filing of all papers in the above-captioned action be transmitted to her at the address below.

- 2 -

Dated:     New York, New York
           September 27, 2018

                                            ZACHARY W. CARTER
Corporation Counsel of the City of New York
Attorney for City Defendants
100 Church Street
New York, New York 10007
(212) 356-2183
sschonfe@law.nyc.gov

By: *Samantha Schonfeld* (signature)
Samantha Schonfeld
Assistant Corporation Counsel