AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| SHERRON PAIGE, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.   17-CV-07481 (WHP) |
| NEW YORK CITY HOUSING AUTHORITY, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

New York City Housing Authority, Shola Olatoye, Michael Kelly, Brian Clarke, Luis Ponce and Jay Krantz.

Date:   10/10/2018

*Attorney's signature*

Cary Stewart Sklaren (CS-4957)
*Printed name and bar number*

HERZFELD & RUBIN, P.C.
125 Broad Street
New York, New York 10004

*Address*

csklaren@herzfeld-rubin.com
*E-mail address*

(212) 471-8500
*Telephone number*

(212) 344-3333
*FAX number*