UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SHERRON PAIGE, *et al.*, *individually and on behalf of all others similarly situated*,

                      Plaintiffs,

      -against-

NEW YORK CITY HOUSING AUTHORITY, *et al.*,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

17cv7481

SCHEDULING ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        The parties having appeared for a status conference on October 11, 2018, this Court enters the following schedule on consent:

**Amended Pleadings**

1. The New York City Housing Authority ("NYCHA") defendants are directed to amend their Answer to the Second Amended Complaint by October 18, 2018 to withdraw various affirmative defenses that are not warranted by existing law or are unlikely to have evidentiary support.

**Supplemental Letter Briefs**

2. Plaintiffs are directed to file a letter by October 18, 2018 addressing the need for document discovery concerning the number of families with children in <u>all</u> NYCHA developments, as opposed to only those developments where NYCHA acknowledges that it knew of the existence of lead paint;

3. Defendants are directed to file a letter by October 18, 2018 regarding their dispute over production of documents previously provided to the United States in connection with the Government's investigation of NYCHA; and

4. The parties shall file responsive letters by October 22, 2018.

**Discovery Schedule**

5. All fact discovery shall be completed by July 31, 2019;

6. Plaintiffs shall serve initial expert disclosures by June 28, 2019;

7. Defendants shall serve initial expert disclosures by July 15, 2019;

8. The parties shall exchange initial expert reports by August 15, 2019;

9. The parties shall exchange rebuttal expert reports by September 17, 2019; and

10. The parties shall complete all discovery by October 31, 2019.

Dated: October 11, 2018
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.