UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERRON PAIGE, individually and ON BEHALF OF HER MINOR CHILD, K.D.; EVELYN GRAY; TANEEQUA CARRINGTON; and A.P., on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEW YORK CITY HOUSING AUTHORITY; CITY OF NEW YORK; SHOLA OLATOYE; BILL de BLASIO; MARY TRAVIS BASSETT, M.D.; MARIA TORRES SPRINGER; MICHAEL KELLY; ALICIA GLENN; BRIAN CLARKE; JAY KRANTZ; LUIS PONCE; HERMINA POLACIO; ATC ASSOCIATES, INC.; and ATC GROUP SERVICES, LLC,<br><br>Defendants. | 1:17-cv-07481-WHP |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and among all parties in this action, by and through their undersigned counsel, that all claims and causes of action asserted by plaintiffs, Sherron Paige, Evelyn Gray, Taneequa Carrington and A.P. against defendants New York City Housing Authority, Shola Olatoye, Michael Kelly, Brian Clarke, Jay Krantz, Luis Ponce (the "NYCHA Defendants") and defendants City of New York, Bill de Blasio, Mary Travis Bassett, M.D., Maria Torres Springer, Alicia Glenn, and Hermina Polacio (the "City Defendants"), are dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses; and

It is further hereby stipulated and agreed by and among all parties in this action, by and through their undersigned counsel, that all claims, cross claims and causes of action asserted against defendants ATC Associates, Inc. and ATC Group Services LLC (the "ATC Defendants"), and all claims, cross claims and causes of action asserted by the ATC Defendants, shall be discontinued without prejudice, with each party bearing its own attorneys' fees, costs, and expenses; and

It is further hereby stipulated and agreed by and among all parties in the above-captioned action, by and through their undersigned counsel, that all claims and causes of action asserted by Sherron Paige, on behalf of her minor child, K.D., shall be discontinued without prejudice, with each party bearing its own attorneys' fees, costs and expenses. The Parties hereby further stipulate that plaintiff Sherron Paige, on behalf of her minor child, K.D., may pursue claims in New York State courts premised only on New York State and New York City laws.

This Stipulation may be executed in counterparts. Facsimile copies of signatures shall be deemed originals.

**Having considered the parties' representations on the record on September 19, 2019 and their October 7, 2019 submission (ECF No. 275), this Court hereby approves the proposed resolution of this matter and the Stipulation of Dismissal. This Court finds that paragraph 9 of the settlement agreement (ECF No. 275-2) coupled with Plaintiffs' counsel's filing of a state court complaint on September 20, 2019 (ECF No. 275-7) preserves the rights of the minor child K.D. The Clerk of Court is directed to mark this case closed.**

Dated: October 18, 2019
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

DATED:   New York, New York
         July 24, 2019

LEVY KONIGSBERG LLP

By: _____
Corey M. Stern
cstern@levylaw.com
800 Third Ave., 11th Floor
New York, NY 10022
Phone: (212) 605-6200
Fax: (212) 605-6290
*Attorneys for the Plaintiffs*


DATED:   New York, New York
         July 16, 2019

HERZFELD & RUBIN, P.C.

By: _____
Peter J. Kurshan
pkurshan@herzfeld-rubin.com
125 Broad St.
New York, NY 10004
Phone: (973) 422-6544
Fax: (212) 356-1148
*Attorneys for the NYCHA Defendants.*


DATED:   New York, New York
         July 16, 2019

ZACHARY W. CARTER
Corporation Counsel of the City of New York

By: _____
Mark W. Muschenheim
mmuschen@law.nyc.gov
100 Church Street
New York, NY 10007
Phone: (212) 356-1000
Fax: (212) 356-1148
*Attorneys for the City Defendants*

DATED:   Florham Park, New Jersey
         July 31, 2019

GORDON & REES LLP

By: _____

Lee Henig-Elona
lhenig-elona@grsm.com
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
*Attorneys for the ATC Defendants*

SO ORDERED:

_____
William H. Pauley, III, U.S.D.J.